# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RACING HEAD SERVICE, LLC and COMPETITION CAMS, INC., ) ) | |
| Plaintiffs, ) | |
| v. ) | No. 2:09-cv-02604-STA-tmp |
| MALLORY ALEXANDER INTERNATIONAL LOGISTICS, LLC; JALAR TRANSPORTATION, INC.; HARRINGTON TRUCKING, LLC; AND JOHN DOES 1 THROUGH 10, ) ) ) ) ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by Plaintiffs, Racing Head Service, LLC and Competition Cams, Inc., and Defendant, Mallory Alexander Logistics, LLC, by and through their undersigned counsel, that the parties have entered into a final agreement in settlement of this matter, with each party to bear its own costs and expenses. All claims asserted by all parties in this matter have been resolved. Accordingly, pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal of this action in its entirety with prejudice.

Respectfully and jointly submitted,

By: /s/ Annie T. Christoff
John S. Golwen (BPR # 014324)
Annie T. Christoff (BPR # 026241)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone: (901) 543-5900
Facsimile: (901) 543-5999
Email: jgolwen@bassberry.com
achristoff@bassberry.com

*Attorneys for Plaintiffs, Racing Head Service, LLC and Competition Cams, Inc.*

By: /s/ Marc A. Rubin (w/ permission, ATC)
Bradley E. Trammell (BPR # 013980)
Mason W. Wilson (BPR # 023968)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2121
Facsimile: (901) 577-0781
Email: btrammell@bakerdonelson.com
mwwilson@bakerdonelson.com

and

Marc A. Rubin
ARNALL GOLDEN GREGORY, LLP
One Biscayne Tower, Suite 2690
2 S. Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 537-2004

*Attorneys for Defendant, Mallory Alexander International Logistics, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 12th day of December, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      /s/ Annie T. Christoff

11432060.1