---

**RACING HEAD SERVICE, INC., et al,**

    **PLAINTIFFS,**                                 **JUDGMENT IN A CIVIL CASE**

**VS**

                                        **CASE NO: 09-2604-STA**

**MALLORY ALEXANDER INTERNATIONAL
LOGISTICS, LLC, et al,**

    **DEFENDANTS.**

---

**DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.**

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Joint Stipulation of Dismissal With Prejudice entered on December 12, 2012, this action is dismissed in its entirety.**

**APPROVED:**


**s/ S. Thomas Anderson**
**S. THOMAS ANDERSON**
**UNITED STATES DISTRICT JUDGE**

**December 21, 2012**                        **Thomas M. Gould**
**Date**                                       **Clerk of Court**

                                       **s/Terry Haley**
                                       **(By) Deputy Clerk**